■ Board of Managers of the Diocesan Missionary and Church Extension Society of the Protestant Episcopal

CHURCH IN THE DIOCESE OF NEW YORK, Appellant, v CHURCH OF THE HOLY COMFORTER, Respondent, et al., Defendant. [623 NYS2d 146] —Appeal by the plaintiff from a judgment of the Supreme Court, Dutchess County (Jiudice, J.), dated June 28, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Jiudice at the Supreme Court. O'Brien, J. P., Lawrence, Krausman and Florio, JJ., concur. [See, 164 Misc 2d 661.]